FILED

'07 JAN 26 PM 1:03

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

PDV    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 06CR0419-J |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER AUTHORIZING<br>) TRANSLATOR FEES |
| JAVIER CABALLERO-HERNANDEZ, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that fees for a federally certified court interpreter in an amount up to, but not to exceed four hundred dollars ($400.00) shall be authorized in the above-referenced matter.

**IT IS SO ORDERED.**

Dated: 1-26-07

HONORABLE NAPOLEON A. JONES, JR.
United States District Court Judge

1